■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v

MARSHA PLANTZ, Appellant.—Judgment unanimously affirmed. Memorandum: The showup was permissible because the suspect was apprehended shortly after the report of the crime and was immediately viewed by the victim *(see, People v Love,* 57 NY2d 1023, 1024; *People v Everett,* 147 AD2d 896). The fact that defendant was in police custody when the showup was conducted does not invalidate the showup *(see, People v Brnja,* 50 NY2d 366). The victim's identification at the showup was reliable because it was based on the suspect's distinctive clothing and physical characteristics *(see, People v Johnson,* 137 AD2d 719; *People v Meeks,* 134 AD2d 290, *lv denied* 70 NY2d 958; *People v Dennis,* 125 AD2d 325, *lv denied* 70 NY2d 645). (Appeal from judgment of Jefferson County Court, Clary, J.—burglary, second degree.) Present—Dillon, P. J., Doerr, Green, Lawton and Lowery, JJ.